# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

VS.                              NO. 4:14CR248-07-BSM

THOMAS McCASLIN                                                                              DEFENDANT

## ORDER

The Government has filed a motion for issuance of summons and for revocation of pretrial release. (Docket entry #293) For good cause shown, the motion for issuance of summons is GRANTED. The Clerk is directed to issue summons to Defendant Thomas McCaslin, and forward to the United States Marshal, for appearance at a hearing before United States Magistrate Judge Beth Deere on August 24, 2015, at 2:00 p.m. to show cause why his pretrial release should not be revoked.

IT IS SO ORDERED this 13th day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE